UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Sansbury                                    Docket No. 7:12-CR-49-1BO

Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Sansbury, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. §§ 922(g) and 924 and Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 4, 2013, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Sansbury was released from custody on July 06, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 29, 2017, the defendant reported to the probation office in Wilmington, North Carolina. He provided a urinalysis sample that was sent to Alere Laboratories for testing. The sample was confirmed positive for marijuana on October 4, 2017.

On October 17, 2017, the defendant reported to the probation office in Fayetteville, North Carolina, to meet with the undersigned officer. At that time, he provided an additional urinalysis sample that was sent to Alere Laboratories for testing. He signed an admission form for both samples, admitting his last use of marijuana was on or about October 12, 2017. His sample was confirmed positive for marijuana on October 21, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Robert Sansbury
Docket No. 7:12-CR-49-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: November 01, 2017 |

## ORDER OF THE COURT

Considered and ordered this _2_ day of _November_, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge