# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Sansbury                                      Docket No. 7:12-CR-49-1BO

### Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Sansbury, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g) and 924, and Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 4, 2013, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Sansbury was released from custody on July 6, 2017, at which time the term of supervised release commenced.

On November 2, 2017, following two positive urinalysis samples and the defendant's admission to using marijuana, the court agreed to continue him on supervision and modify his conditions to include participation and substance abuse and mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 17, 2018, the defendant submitted to a urinalysis that yielded positive results for marijuana. When confronted on April 26, 2018, the defendant admitted to using marijuana. Given the defendant's participation in substance abuse and mental health counseling, it is recommended that he be ordered to complete 12 hours of community service and be continued on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, he has been directed to continue participation in substance abuse treatment, and was taught a cognitive intervention technique to improve his decision making ability.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Robert Sansbury
Docket No. 7:12-CR-49-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: May 1, 2018

## ORDER OF THE COURT

Considered and ordered this 3 day of May, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge